

In The United States District Court
~~Western~~ District of Oklahoma

__Keith Sumpler__, Victim TULSA       )
     Petitioner
  -vs-

Okla. County Dist. Court/Prosecutor  )
     Respondents.

No: ~~22 CV - 343 JFH - JFJ~~

FILED

AUG 0 1 2022

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

Petition For Habeas Corpus Challenging State Court Rules, Practices, Regulations, Policies et al.

The Courts have long held Habeas is proper remedy TO CHALLENGE rules, regulations, policies, and practices, therefore this court has jurisdiction.

See brief

Prock -v- Pittsburg, 630 P. 2d. 772
Extrand -v- State, 791 P. 2d. 192

Verification: Under penalties of perjury, I very the Above, the Brief in Support, are true, respondents policies, practices, rules, practices ARE in violation of the Federal Constitution, Okla. Statehood Charter, TREATYS, Americans With Disabilities Act, Civil Rights and Et Al. And I am entitled to relief, Especially declaratory judgment.

Certification of Mailing: I certify a copy was mailed all parties, this July 23rd., 2022, with postage affixed.

_Keith L. Sumpler_

Keith Sumpler, # 789319
D.C.C., G-8-213,
129 Conner Rd.
Homing, OK.
74035

___ Mail   ___ No Cert Svc   ___ No Orig Sign
___ C/J    ___ C/M           ___ C/Ret'd    ___ No Env
___ No Cpy's   ___ No Env/Cpy's   ___ O/J   ___ O/MJ

In The United States District Court
~~Western Dist. Of Okla.,, 200 NW 4ᵗʰ. St.~~ Northern
~~Okla. City, Okla. 73102~~ 74105
                        first

__Keith Sumpter__, Victim  )
       Petitioner

-vs-                              No: _____
__State__,  )
       Respondents

Brief And Exhibits Supporting Habeas Corpus

Since 1215 A.D., Habeas Corpus MANDATES issuing an order TO bring all parties before the Court, FOR an Inquiry, which the Okla. State And Federal Courts have, for years, refused to do.

See: 28 U.S.C. )( 2243

The U.S. Supreme Court has said in Murry -v- Carrier, (106 S. Ct. 2339 at 2659, N. 500) that;

> "The Writ of Habeas Corpus IS the FUNDAMENTAL Instrument FOR Safeguarding INDIVIDUAL freedoms AGAINST arbitrary and lawless STATE action."

Also see:   Hanis -v- Nelson, 89 S. Ct. 1082
            U.S. Const. Art. 1, )( 9, Cl. 2
            Judiciary Act. Of Feb. 5ᵗʰ., 1867
            Ch. 28, 14ᵗʰ. Stat. 81-821 AND 28 U,S,C. )( 2243

In Lonchar -v- Thomas, 116 S. Ct. 1293, 1299, and 1303, the Court said:

> " The Great Writ denies protection of constitutional RIGHTS entirely, IF petitioners are bared access to the Courts to seek it, thereby CAUSING injury to important interest in Human Liberty."

When policy creates a barrier to FREE access to Court for Habeas, OR Self Made Court rules BAR access FOR Habeas to one either too poor or disabled to be able to pay, or comply with, THEY can be challenged through Habeas.

Also See:   U.S. -v- Hayman, 342 U.S. 250
            12 O.S. )( 1331

" EVERY person restrained of his liberty under ANY (LAW,or rule/practice) or ANY pretence whatever MAY prosecute a Writ of Habeas TO inquire into the cause,

OR Challenge rules, regulations & etc."

Pursuant to 12 O.S. )( 1333, that States:( Each State has Same statutes).

" Writs of Habeas Corpus may be granted by any Court OR by a Judge of ANY Court, AND UPON application, the Writ "Shall" be granted Without delay?.

See:   Extrand -v- State, 791 P. 2d. 192
       "the proper procedure is to file a Habeas Corpus"

Courts have held access to Courts is meaningless UNLESS there is a hearing.

See:   Carter -v- Carter, 783 P. 2d. 969
       Ellis -v- Mabay, 601 F. 2d. 363
       Waldon -v- Evans, 861 P. 2d. 311

In Hicks -v- Okla., 100 S. Ct. 2227 the Federal Court held:
       "Due Process is offended if an accused is arbitrarily deprived
           of ANY right guaranteed by Statute, (OR Const.)"

Refusal or failure TO WRIT petitioner before the Court, AND review the merits of his claims IS to "THWART" the ends of justice and work a FUNDAMENTAL miscarriage of justice.

See:   Ex Parte Story, 203 P. 2d. 474
       Ashe -v- Swenson, 90 S. Ct. 1189
       U.S. -v- Ivy, 83 F. 3e. 1266, 1297 N. 47
       Awad -v- Ziriav, 670 F. 3d. 111 n(2012)

Involving rules, practices, policy's, in Prock -v- Pittsburg County, 630 P. 2d. 772, the Court held that:

       " ALL policy IS law, and therefore ANY practice based on it, OR
               Change IS a change in law REQUIRING Due Process
                   and Equal Protection, and can NOT be
                       applied ex post facto."

Petitioner has filed many Motions, all uncontested by respondents, unaddressed by any Court on their merits, AND the DETENTION issue, IS a Habeas Corpus matter of fundamental factual Constitutional law, THAT at this point, in THIS Court, warrants a hearing WITH all parties present in open Court TO litigate facts, and claims, OR this matter should be certified to the .U.S. S. Ct..

See:   Swathout -v- Cooke, 131 S. Ct. 1845 (2011)
       Collins -v- State, Civ. 93, 2273, W.D. Ok.
       Lance -vs- Mathis, 117 S. Ct. 891

Art. (6), clause (2) of the U.S.. Const. Limits State powers and Art. (10) MANDATES that ALL laws must be made " In pursuance of the U.S. Const. AND under the authority of the United States" .

Also see:   Reid -v- Convert, 354 U.S. 1
            Titsworth -v- State, 10 Pac. 288
            In re Petition 363, 927 P. 2ed. 588

Treaties over rule all else:

Under Missouri -v- Holland, 252 U.S. 41, the Court held EVEN agreements by the president stands equal to treaties, and are superior TO STATES, .

Also See:   U.S. -v- Pink, 315 U.S. 203
            Cloffoletti -v- Fed., No. 03, Civ 3220 (E.D.N.Y.)
            Greenfield -v- Manifee, No. 03, Civ-8205 (S.D.N.Y.)

The Doctrines of Res Judicata/ Collateral/ Estoppel warrants granting Habeas relief here, now.

See:    Daney -v- Owns, 258 P. 879
        Carder -v- Court, 595 P. 2d. 416
        Lonchar -v- Thomas, 16 U.S. 1293
        U.S. -v- Hayman, 342 U.S. 2
        Lynce -v- Mathis, 117 ____ 891  AND Above authorities

This Court has a non- discretionary duty to conduct a hearing.

See:    Ellis -v- Mabry, 601 F. 2d. 363
        Carter -v- Carter, 783 P. 2d. 969

Petitioner IS in custody, and DETAINED by respondents, IN violation of the U.S. Constitution, Bill of Rights, AND TREATIES of the U.S. With Sovereign Nations, as set out in 28 U.S.C. )( 2241-2245, requiring Habeas relief at this time.

See:    Awad -v- Zirav, 670 3d. 111 (2012)
        James v- Kentucky, 104 S. Ct. 1820
        Cabberize -v- Moore, 217 F. 3d. 1329
        Benny -v- U.S., 295 F. Ed. 977

In U.S. -v- Willberger, 18 U.S. (5 Wheat) 76, 93 (1820), the Court saifd:

> "The power to punish is vested in the legislature, NOT the judicial dept."

Also See:   Yates -v- Aiken, 108 S. Ct. 534

        Wick Wo -v- Hopkins, 6 S. Ct. 64
        Ross -v- Ward, 165 F. 3d. 793
        Dry -v- CRF, 168 F. 3d. 1207
        Mickens -v- Tylor, 227 F. 3d. 203
        Skaggs -v- Parken, 235 F. 3d. 261

Agency rules, practices and polities ARE reviewable through habeas corpus.

See:   U.S. -v- Fed., 69 F. 3d. 600
        Asbestos -v- Reich, 117 F. 3d. 891
        U.S. -v- Morole, 173 F. 3d. 213
        Gonzalez -v- Reno, 212 F. 3d. 1338
        Barden -v- Keohane, 921 F. 3d. 476
        Blakely -v- Washington, 542 U.S. ___ (2004)
        Arnold -v- Cody, 951 F. 2d. 280
        Scott -v- Smith, 223 F. 3d. 1191 (2002)

This Court SHOULD issue an order granting Habeas and bringing ALL parties before the Court for a hearing on the merits, WITHOUT delay, OR issue an order that petitioner be immediately released from detention by respondents, OR in the alternative, certify this matter to the United States Supreme Court for declaratory judgment.

Certification/Verification> This 23rd day of July, 20 22, I certify under penalties of perjury the above IS true, I am entitled to Habeas release from detention, and a copy was mailed to all parties.

        *Keith L Sumpter*
        Keith Sumpter # 799319
        D.C.C.C., G-8-213
        129 Conner Rd.
        Hominy, OK 74035

Keith Sumpter #797519
Dick Conner
Correctional
129 Conner RD
Hominy OK 74035

OKLAHOMA CITY OK 730
25 JUL 2022 PM 7 L
postmark 7/25/22

Clark
U.S. District Court
4th. & DEAN A.R.
300 S. PLEO
Okl sta, OK,
74103

RECEIVED
AUG 01 2022
Mark C. [illegible] Clerk
U.S. DISTRICT COURT

